CAUSE # WR-54,197-02
TRIAL CT. # CR 2012-431-L

Nov. 16, 2015
54,197-02

CLERK OF THE 207th DISTRICT COURT COMAL COUNTY, TX. DENIED APPLICANTS APPLICATION FOR WRIT OF HABEAS CORPUS AND FORWARDED THE APPLICATION TO THE COURT OF CRIMINAL APPEALS AND SENT APPLICANT A LETTER DENYING SAID APPLICATION, APPARENTLY WITHOUT REVIEW, AS THE STATE DID NOT ISSUE A STATEMENT OF FACTS NOR THE COURT A CONCLUSION OF LAW. THIS IS AN OUTRIGHT DENIAL OF APPLICANTS RIGHT TO HABEAS CORPUS AND ITS PROCESS. U.S. CONST. ART. I Sec. 9.

IN SUM, APPLICANT REQUESTS A COPY OF THE STATEMENT OF FACTS AND CONCLUSION OF LAW. ABSENT THIS, THE COURT MUST ISSUE WRIT OF HABEAS CORPUS AND GRANT RELIEF PRAYED FOR. THANKYOU FOR YOUR TIME AND EFFORTS

Respectfully

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk

APPLICANT    Scott Meyer 1863967    11/16/15
WAYNE SCOTT UNIT
6999 RETRIEVE RD
ANGLETON, TX. 77515

COPIES SENT TO:
• 207 DISTRICT COURT COMAL COUNTY, TX. CLERK
• COURT OF CRIMINAL APPEALS CLERK

APPLICANT AND PETITIONER ARE THE SAME AND IS NOT AN ATTORNEY AND SHOULD NOT BE HELD TO THE RIGORS OF AN ATTORNEY AND LIBERALLY CONSTRUED

CAUSE # WR-54,197-02
TRIAL CT # CR 2012-431-1

Nov. 16, 2015

Court of Criminal Appeals Clerk Abel Acosta

Applicant is enclosing a letter to the clerk of the trial court (207th District Court, Comal County, TX.) requesting a copy of the statement of facts issued by the state and conclusion of law issued by the court. Applicant has not been issued said documentation (only a letter denying applicants application for writ of habeas corpus). Applicant has a ~~Right~~ constitutional right to habeas corpus and its process. U.S. Const. Art. I Sec. 9. Applicant requests a copy of all documents submitted by the trial court to the court of criminal appeals or notice that said documentation was not filed by the trial court. Thankyou for your time and efforts

Respectfully Submitted

Scott Meyer    11/16/15

APPLICANT    Scott Meyer  1863967
WAYNE SCOTT UNIT
6999 RETRIEVE RD
ANGLETON, TX. 77515